# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>                Plaintiff,<br><br>    vs.<br><br>AZURENGINE TECHNOLOGIES, INC.,<br>et al.,<br><br>               Defendants. | CASE NO. 19cv1443-LAB (AGS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE [Dkt. 26]** |

      The parties' Joint Motion to Dismiss is **GRANTED**. Dkt. 26. All claims associated with this action are **DISMISSED WITH PREJUDICE**. The assigned Magistrate Judge shall retain jurisdiction over this matter to interpret and enforce the terms of the parties' settlement agreement. Dkt. 29. The clerk is directed to close the case.

Dated: January 9, 2020

_____
**Honorable Larry Alan Burns**
Chief United States District Judge